```
DENNIS S. WAKS, Bar No. 142581
Acting Federal Defender
DANIEL J. BRODERICK, Bar No. 89424
Chief Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
BRANDON BOYER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-05-434 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER MODIFYING** |
| v. | ) | **MOTION SCHEDULE; EXCLUDING TIME** |
| | ) | |
| BRANDON BOYER, | ) | |
| | ) | DATE: April 3, 2006 |
| Defendant. | ) | TIME: 9:30 a.m. |
| _____ | ) | JUDGE: Hon. Frank C. Damrell |

Plaintiff United States and Defendant Brandon Boyer, through their respective counsel, hereby stipulate and agree that the motions schedule currently set in this case should be modified as follows:

Government Opposition to motion to be filed no later than March 13, 2006;

Defendant's Reply to be filed by March 27, 2006; and

Hearing on Defendant's Motion on Monday, April 3, 2006, at 9:30 a.m.

The parties need this additional time to conduct some additional

1

investigation, to address issues raised in Defendant's motion, and to determine if this case can be resolved without the necessity of litigating Defendant's motion. The parties further agree that the time period from the filing of Defendant's Motion to Suppress until the hearing on April 3, 2006, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(1)(F) and Local Code E, because of the pendency of Defendant's motion.

DATED: January 25, 2006          Respectfully Submitted,

McGREGOR W. SCOTT                DENNIS S. WAKS
United States Attorney           Acting Federal Defender

/s/ Anne Pings                   /s/ Daniel J. Broderick
Anne Pings                       Daniel J. Broderick
Assistant U.S. Attorney          Chief Assistant Federal Defender
Attorneys for Plaintiff          Attorneys for Defendant
United States                    BRANDON BOYER

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>       v.                        )<br>                                 )<br> BRANDON BOYER,                   )<br>                                 )<br>            Defendant.           )<br> _____) | CR S-05-434 FCD<br><br>**ORDER MODIFYING<br>MOTION SCHEDULE, EXCLUDING TIME** |

Pursuant to the stipulation of the parties, filed on January 25, 2006, and for the reasons stated therein, IT IS HEREBY ORDERED that the motions schedule currently set in this case should be modified as follows:

Government Opposition to motion to be filed no later than March 13, 2006;

Defendant's Reply to be filed by March 27, 2006; and

Hearing on Defendant's Motion on Monday, April 3, 2006, at 9:30 a.m.

IT IS FURTHER ORDERED that the time period from the filing of Defendant's Motion to Suppress until the hearing on April 3, 2006, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(1)(F) and Local Code E, because of the pendency of Defendant's motion.

DATED: January 26, 2006          /s/Frank C. Damrell, Jr.
                                 FRANK C. DAMRELL
                                 United States District Judge

1