```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ANNE PINGS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2785
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )
                                 )   CR. NO. S-05-434-FCD
12            Plaintiff,         )
                                 )
13       v.                      )
                                 )   STIPULATION AND ORDER
14  BRANDON BOYER,               )   REGARDING CONTINUANCE
                                 )   OF MOTIONS SCHEDULE
15                               )
              Defendant.         )
16  _____)
```

17      It is hereby stipulated and agreed, by and between the

18 defendant Brandon Boyer, by and through his counsel, Daniel

19 Broderick, and the United States, through its counsel, Assistant

20 United States Attorney Anne Pings, to vacate the previously set date

21 of April 3, 2006, for hearing on the defendant's motion to suppress

22 evidence  and to set a new motions briefing and hearing schedule as

23 follows:

24      Govt. Opp. Due    April 24, 2006

25      Def. Reply        May 1, 2006

26      Hearing           May 8, 2006 @ 9:30 A.M.

27      Defendant Boyer's counsel, Mr. Broderick, informed AUSA Pings

28 that he did not oppose the modified schedule and authorized AUSA

1  Pings to sign this stipulation on his behalf.

2     The availability of the proposed date has been verified with
3  the Court's clerk.

4     The parties agree that time should be excluded under the Speedy
5  Trial Act given that, in addition to the pendency of the motion to
6  be filed, the parties are still conducting investigation of factual
7  matters that may lead to a disposition in this case.  The parties
8  agree that it is appropriate to exclude time under the Speedy Trial
9  Act, 18 U.S.C. § 3161(h)(8)(iv) (preparation of counsel), in that
10 the ends of justice served by allowing defendant's counsel time to
11 conduct such investigation in a manner he believes necessary to
12 provide effective representation outweigh the best interest of the
13 public and the defendant in a speedy trial.

15 DATED: March 20, 2006              Respectfully submitted,

16                                    McGREGOR W. SCOTT
                                      United States Attorney
17
                                      /s/ Anne Pings
18                                    _____
19                                    ANNE PINGS
                                      Assistant United States Attorney
20
21                                    /s/ Anne Pings
                                      _____
22                                    For DANIEL BRODERICK
                                      Counsel for Defendant Boyer
23
24     **IT IS SO ORDERED**.

25 Dated: March 20, 2006

26                                    /s/ Frank C. Damrell Jr.
                                      _____
                                      HON. FRANK C. DAMRELL, JR.
27                                    UNITED STATES DISTRICT JUDGE
28
                                   -2-