DENNIS S. WAKS, Bar No. 142581
Acting Federal Defender
DANIEL J. BRODERICK, Bar No. 89424
Chief Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
BRANDON BOYER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-05-434 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER MODIFYING** |
| v. | ) | **MOTION SCHEDULE; EXCLUDING TIME** |
| | ) | |
| BRANDON BOYER, | ) | |
| | ) | DATE: June 5, 2006 |
| Defendant. | ) | TIME: 9:30 a.m. |
| _____ | ) | JUDGE: Hon. Frank C. Damrell |

    Plaintiff United States and Defendant Brandon Boyer, through their respective counsel, hereby stipulate and agree that the motions schedule currently set in this case should be modified as follows:

    Government Opposition to motion to be filed no later than May 22, 2006;

    Defendant's Reply to be filed by May 30, 2006; and

    Hearing on Defendant's Motion on Monday, June 5, 2006, at 9:30 a.m.

    The parties have made significant progress toward resolution of

this case in a manner that would obviate the necessity of litigating Defendant's motion. The defense needs additional time to make arrangements regarding possible release from custody and resolution of pending state charges. The parties therefore agree that the time period from the filing of Defendant's Motion to Suppress until the hearing on June 5, 2006, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(1)(F) and Local Code E, because of the pendency of Defendant's motion.

DATED: May 5, 2006                           Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Daniel Broderick for Anne Pings     /s/ Daniel J. Broderick
Anne Pings                              Daniel J. Broderick
Assistant U.S. Attorney                 Acting Federal Defender
Attorneys for Plaintiff                 Attorney for Defendant
United States                           BRANDON BOYER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>     v.                               )<br>                                      )<br>BRANDON BOYER,                        )<br>                                      )<br>            Defendant.                )<br>_____) | CR S-05-434 FCD<br><br>**ORDER MODIFYING<br>MOTION SCHEDULE, EXCLUDING TIME** |

Pursuant to the stipulation of the parties, filed on May 5, 2006, and for the reasons stated therein, IT IS HEREBY ORDERED that the motions schedule currently set in this case should be modified as follows:

Government Opposition to motion to be filed no later than May 22, 2006;

Defendant's Reply to be filed by May 30, 2006; and

Hearing on Defendant's Motion on Monday, June 5, 2006, at 9:30 a.m.

IT IS FURTHER ORDERED that the time period from the filing of Defendant's Motion to Suppress until the hearing on June 5, 2006, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(1)(F) and Local Code E, because of the pendency of Defendant's motion.

DATED: May 5, 2006            /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL JR.
                              United States District Judge