-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 13, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. Cr.S-05-0434-FCD |
| Plaintiff, ) | |
| v ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| BRANDON J. BOYER, ) | |
| ) | |
| Defendant. ) | |

): UNITED STATES MARSHAL:

This is to authorize and direct you to release BRANDON J. BOYER, Case No. Cr.S-05-434-FCD, from custody subject to the conditions contained in the attached "Notice to Defendant eing Released" and for the following reasons:

    ___    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of $190,000.00

            ___    Unsecured Appearance Bond

            ___    Appearance Bond with 10% Deposit

            ___    Appearance Bond with Surety

            ___    Corporate Surety Bail Bond

    _X_    (Other)    Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 13, 2006 at 4:10 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge