1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   Designated Counsel for Service
    801 I Street, 3rd Floor
3   Sacramento, California  95814
    Telephone (916) 498-5700
4

5   Attorney for Defendant
    BRANDON  BOYER
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )      No. CR-S-05-434-FCD
                                   )
12                   Plaintiff,    )      **STIPULATION AND ORDER**
                                   )      **CONTINUING JUDGMENT AND**
13         v.                      )      **SENTENCING**
                                   )
14  BRANDON BOYER,                 )
                                   )      Date:  October 15, 2007
15                   Defendant.    )      Time:  10:00 a.m.
                                   )      Judge: Frank C. Damrell Jr.
16  _____)

17

18          It is hereby stipulated between the parties, Anne Pings,

19   Assistant United States Attorney, attorney for Plaintiff, and Daniel J.

20   Broderick, attorney for defendant, BRANDON BOYER, that judgment and

21   sentencing in the above matter presently scheduled for August 20, 2007

22   be vacated, and continued to October 15, 2007 at 10:00 a.m..

23          This continuance is requested for the same reasons discussed in

24   defense counsel's previous pleadings filed under seal.

25          The parties, through their respective counsel, hereby stipulate

26   and agree that judgment and sentencing currently scheduled for

27   August 20, 2007 be continued until October 15, 2007 at 10:00 a.m.

28

1   Dated: August 20, 2007

2                                       Respectfully submitted,

3
                                        /s/ Daniel J. Broderick
4                                       _____
                                        DANIEL J. BRODERICK
5                                       Federal Defender
                                        Attorney for Defendant
6                                       BRANDON BOYER

7

8   Dated: August 20, 2007             MCGREGOR W. SCOTT
                                        United States Attorney
9

10                                      /s/ Daniel J. Broderick for
                                        _____
11                                      ANNE PINGS
                                        Assistant U.S. Attorney
12                                      Attorney for Plaintiff

13                      ------------

14       Pursuant to the stipulation filed by the parties, and for the

15  reasons stated therein, IT IS HEREBY ORDERED that judgment and

16  sentencing currently scheduled for August 20, 2007, be continued until

17  October 15, 2007 at 10:00 a.m.

18
    Dated:  August 20, 2007
19

20

21                                                            _____
22                          FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

    Stip. Continuing Status Conference       2