```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
BRANDON BOYER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-0434-FCD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING JUDGMENT AND** |
| v. | ) | **SENTENCING** |
| | ) | |
| BRANDON BOYER, | ) | |
| | ) | Date: October 15, 2007 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Frank C. Damrell Jr. |

It is hereby stipulated between the parties, Anne Pings, Assistant United States Attorney, attorney for Plaintiff, and Daniel J. Broderick, attorney for defendant, BRANDON BOYER, that judgment and sentencing in the above matter presently scheduled for October 15, 2007 be vacated, and continued to December 3, 2007 at 10:00 a.m..

This continuance is requested for the same reasons discussed in defense counsel's previous pleadings filed under seal.

The parties, through their respective counsel, hereby stipulate and agree that judgment and sentencing currently scheduled for October 15, 2007 be continued until December 3, 2007 at 10:00 a.m.

///

1  Dated: October 11, 2007

2                                            Respectfully submitted,

3                                            /s/ Daniel J. Broderick

4                                            _____
                                          DANIEL J. BRODERICK

5                                            Federal Defender
                                          Attorney for Defendant

6                                            BRANDON BOYER

7

8  Dated: October 11, 2007        MCGREGOR W. SCOTT
                                          United States Attorney

9

10                                           /s/ Daniel J. Broderick for

11                                           _____
                                          ANNE PINGS
                                          Assistant U.S. Attorney

12                                           Attorney for Plaintiff

13                                   **ORDER**

14     Pursuant to the stipulation filed by the parties, and for the

15 reasons stated therein, IT IS HEREBY ORDERED that judgment and

16 sentencing currently scheduled for October 15, 2007, be continued until

17 December 3, 2007 at 10:00 a.m.

18     **IT IS SO ORDERED.**

19 Dated:  October 11, 2007

20

21                                           _____

22                                           FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28