1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California  95814
   Telephone (916) 498-5700
4

5  Attorney for Defendant
   BRANDON BOYER
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )   No. 2:05-cr0434-FCD
                               )
12             Plaintiff,      )   **STIPULATION AND ORDER**
                               )   **CONTINUING JUDGMENT AND**
13      v.                     )   **SENTENCING**
                               )
14 BRANDON BOYER,              )
                               )   Date:  December 3, 2007
15             Defendant.      )   Time:  10:00 a.m.
                               )   Judge: Frank C. Damrell Jr.
16 _____)

17

18      It is hereby stipulated between the parties, Anne Pings,

19 Assistant United States Attorney, attorney for Plaintiff, and Daniel J.

20 Broderick, attorney for defendant, BRANDON BOYER, that judgment and

21 sentencing in the above matter presently scheduled for December 3, 2007

22 be vacated, and continued to February 25, 2008 at 10:00 a.m.

23      This continuance is requested for the same reasons discussed in

24 defense counsel's previous pleadings filed under seal.

25      The parties, through their respective counsel, hereby stipulate

26 and agree that judgment and sentencing currently scheduled for

27 December 3, 2007 be continued until February 25, 2008 at 10:00 a.m.

28 ///

```
 1  Dated: November 29, 2007
 2                                          Respectfully submitted,
 3
                                            /s/ Daniel J. Broderick
 4                                          _____
                                            DANIEL J. BRODERICK
 5                                          Federal Defender
                                            Attorney for Defendant
 6                                          BRANDON BOYER
 7
 8  Dated: November 29, 2007                MCGREGOR W. SCOTT
                                            United States Attorney
 9
10                                          /s/ Daniel J. Broderick for
                                            _____
11                                          ANNE PINGS
                                            Assistant U.S. Attorney
12                                          Attorney for Plaintiff
13                       ------------
```

14    Pursuant to the stipulation filed by the parties, and for the
15 reasons stated therein, IT IS HEREBY ORDERED that judgment and
16 sentencing currently scheduled for December 3, 2007, be continued until
17 February 25, 2008 at 10:00 a.m.
18 Dated:  November 30, 2007

```
                                   _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE
```