```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Designated Counsel for Service
    801 I Street, 3d Floor
 3  Sacramento, California 95814
    Telephone: (916) 498-5700
 4

 5  Attorney for Defendant
    BRANDON J. BOYER
 6

 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) NO. CR. S-05-434 FCD
                                   )
13              Plaintiff,         ) STIPULATION AND ORDER CONTINUING
                                   ) JUDGMENT AND SENTENCING
14      v.                         )
                                   )
15  BRANDON J. BOYER,              ) Date:  December 15, 2008
                                   ) Time:  10:00 a.m.
16              Defendant.         ) Judge: Frank C. Damrell, Jr.
                                   )
17  _____ )

18
```

19      IT IS HEREBY STIPULATED by and between the parties hereto through

20 their respective counsel, JASON HITT, Assistant United States Attorney,

21 attorney for Plaintiff, and DANIEL J. BRODERICK, Federal Defender,

22 attorney for Defendant, that the Judgment and Sentencing hearing

23 presently scheduled for December 15, 2008 be vacated, and the matter be

24 set for Judgment and Sentencing on February 2, 2009 at 10:00 a.m.

25      This continuance is requested because Mr. Boyer's personal

26 presence has been required as a witness in a state court proceeding,

27 and he will be testifying in the state case on the same date as his

28 presently-scheduled judgment and sentencing hearing.

| | | |
|---|---|---|
| 1 | Dated: December 11, 2008 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Ben D. Galloway for |
| | | DANIEL J. BRODERICK |
| 4 | | Federal Defender |
| | | Attorney for Defendant |
| 5 | | BRANDON BOYER |
| 6 | | |
| 7 | Dated: December 11, 2008 | MCGREGOR W. SCOTT |
| | | United States Attorney |
| 8 | | |
| 9 | | /s/ Ben D. Galloway for |
| | | JASON HITT |
| 10 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

**O R D E R**

**IT IS SO ORDERED.**

   Judgment and Sentencing is hereby continued to February 2, 2009 at 10:00 a.m.

Dated:  December 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation/Order to Continue Sentencing    2